IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW MICHAEL SANTILLANES )
   DEFENDANT-PETITIONER   )
                                )   NO. CR-39227
V.                             )
                                )   CIV NO 97 0549 LH
STATE OF NEW MEXICO     )
   PLAINTIFF-RESPONDANT    )



FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO APR 21 1997 CLERK

DON J. SVET

SUPPLEMENTAL GROUND'S ATTACHMENT AND MEMORANDUM OF LAW
IN SUPPORT OF HABEAS CORPUS

---

GROUND 1: CONVICTION OBTAINED BY CONSTITUTIONAL FAILURE OF THE
     PROSECUTION TO DISCLOSE TO THE DEFENDANT EVIDENCE FAVORABLE
     TO THE DEFENDANT-PETITIONER;ie.(CONFIDENTIAL INFORMANT'S,
     STATEMENTS MADE BY CO-DEFENDANT TURNED STATE WITNESS AND
     PEACE OFFICER)

GROUND 2: DENIAL OF EFFECTIVE COUNSEL AT TRIAL AND ON APPEAL
     (COMPETENCE,SCOPE OF REPRESENTATION,DILIGENCE AND COMMUNICATION)

---

            PRESENTED BY:
                 BRIAN FORISSO,PRO SE
                 PO 1059(PNM-M)
                 SANTA FE,NM 87504

            FOR DEFENDANT-PETITIONER:
                 ANDREW M. SANTILLANES
                 PO1059(PNM-M)#33948
                 SANTA FE,NM 87504