AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

3 3948

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 1 1997

*R. Thomas March*
CLERK

DISTRICT OF

ANDREW SANTILLANES

v.

STATE OF NEW MEXICO

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: **CIV 97 0549 LH**

**DON J. SVET**

I, ~~ANDREW SANTILLANES~~ , declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant       ☒  2254 USC HABEAS CORPUS
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

6th and 14th AMEND.S VIOLATIONS

In further support of this application, I answer the following questions.

1. Are you presently employed?          Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   INCARCERATED

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes ☐   No ☒
   b. Rent payments, interest or dividends?                              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?                  Yes ☐   No ☒
   d. Gifts or inheritances?                                                    Yes ☐   No ☒
   e. Any other sources?                                                        Yes ☐   No ☒

3

If the answer to ⬤ of the above is "yes," describe each s⬤ce of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

O-INCAPCERATET

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____4-9-97_____        _____
              (Date)                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)  $136.29 *non Spendalle*

I certify that the applicant named herein has the sum of $ 1.39 *Spendalle*
on account to his credit at the _Penitentiary of New Mexico_
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ 20.55 *Spendalle*
                                                                                      22.71 *non Spendalle*

_____    *inmate accts*
Authorized Officer of Institution    4-14-97

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| *United States Judge*    *Date* | *United States Judge*    *Date* |
|  | *or Magistrate* |

14-Apr-97

# CORRECTIONS DEPARTMENT
## OF NEW MEXICO

## INMATE LEDGER

**LOCATION:   1   PNM MAIN**

| CSN | LAST | FIRST | BEG BAL | DEBITS | CREDITS | END BAL | TRANSACTION DESCRIPTION | TRAN DATE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TRANSFER TO RESTRICTED ACCOUNT | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $2.62 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 7/12/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $2.84 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 8/9/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $3.05 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 9/13/96 | INCENT/P. |
| 33948 | SANTILLANES | ANDREW | | $1.89 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 10/11/96 | MAIN PAY |
| 33948 | SANTILLANES | ANDREW | | $3.05 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 11/8/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $2.47 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 12/13/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.58 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 1/10/97 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.06 | $0.00 | | TRANSFER TO RESTRICTED ACCOUNT | 3/14/97 | CORR/PAY |
| REGULAR ACCOUNT WITHDRAWAL | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $35.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 7/19/96 | 66947 |
| 33948 | SANTILLANES | ANDREW | | $45.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 8/22/96 | 67514 |
| 33948 | SANTILLANES | ANDREW | | $48.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 9/20/96 | 67918 |
| 33948 | SANTILLANES | ANDREW | | $30.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 10/18/96 | 68337 |
| 33948 | SANTILLANES | ANDREW | | $48.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 11/15/96 | 68751 |
| 33948 | SANTILLANES | ANDREW | | $40.00 | $0.00 | | REGULAR ACCOUNT WITHDRAWAL | 12/20/96 | 69234 |
| CRIME VIC. REP. DED. PAYROLL | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $7.87 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 7/12/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $8.51 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 8/9/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $9.16 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 9/13/96 | INCENT/PAY |

** TRANSFER TO RESTRICTED = MONIES AVAILABLE UPON RELEASE

# INMATE LEDGER

**LOCATION:   1  PNM MAIN**

| CSN | LAST | FIRST | BEG BAL | DEBITS | CREDITS | END BAL | TRANSACTION DESCRIPTION | TRAN DATE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| 33948 | SANTILLANES | ANDREW | | $5.68 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 10/11/96 | MAIN PAY |
| 33948 | SANTILLANES | ANDREW | | $9.16 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 11/8/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $7.42 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 12/13/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $1.74 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 1/10/97 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.18 | $0.00 | | CRIME VIC. REP. DED. PAYROLL | 3/14/97 | CORR/PAY |
| **PAYROLL (GENERAL FUND)** | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $52.46 | | PAYROLL (GENERAL FUND) | 7/12/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $56.76 | | PAYROLL (GENERAL FUND) | 8/9/96 | MAIN |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $61.06 | | PAYROLL (GENERAL FUND) | 9/13/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $37.84 | | PAYROLL (GENERAL FUND) | 10/11/96 | MAIN PAY |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $61.06 | | PAYROLL (GENERAL FUND) | 11/8/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $49.45 | | PAYROLL (GENERAL FUND) | 12/13/96 | INCENT/PAY |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $11.61 | | PAYROLL (GENERAL FUND) | 1/10/97 | INCENT/PAY |
| **PAYROLL (ENTERPRISE FUND)** | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $0.00 | $1.20 | | PAYROLL (ENTERPRISE FUND) | 3/14/97 | CORR/PAY |
| **SALES (CANTEEN, POSTAGE, ETC)** | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $7.70 | $0.00 | | SALES (CANTEEN, POSTAGE, ETC) | 9/5/96 | 039MAIN |
| 33948 | SANTILLANES | ANDREW | | $3.91 | $0.00 | | SALES (CANTEEN, POSTAGE, ETC) | 10/2/96 | 055MAIN |
| 33948 | SANTILLANES | ANDREW | | $20.70 | $0.00 | | SALES (CANTEEN, POSTAGE, ETC) | 2/11/97 | 133MAIN |
| **TRANSFER FROM INMATE TO CLUB** | | | $5.80 | | | | | | |
| 33948 | SANTILLANES | ANDREW | | $2.00 | $0.00 | | TRANSFER FROM INMATE TO CLUB | 8/8/96 | VETS |
| **TRANSFER FROM CLUB TO INMATE** | | | $5.80 | | | | | | |

** **TRANSFER TO RESTRICTED = MONIES AVAILABLE UPON RELEASE**

# INMATE LEDGER

**LOCATION:** 1 PNM MAIN

| CSN | LAST | FIRST | BEG BAL | | DEBITS | | CREDITS | | END BAL | TRANSACTION DESCRIPTION | TRAN DATE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33948 | SANTILLANE S | ANDREW | | | $0.00 | | $10.75 | | | TRANSFER FROM CLUB TO INMATE | 12/5/96 | CASO |
| | | | $5.80 | - | $346.60 | + | $342.19 | = | $1.39 | | | |
| | **RESTRICTED BA** | | $119.72 | - | $0.00 | + | $16.57 | = | $136.29 | | | |

** TRANSFER TO RESTRICTED = MONIES AVAILABLE UPON RELEASE