IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO,

ANDREW SANTILLANES,

    Petitioner,

vs.

TIM LEMASTER, Warden et al

    Respondent.

No. CV-97-549LH/DJS

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 02 1997
CLERK

### ORDER

THIS MATTER having come before the Court upon the application of Petitioner to proceed in forma pauperis and the Court being fully advised;

**IT IS ORDERED** that the application is hereby granted and applicant may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

                                        UNITED STATES MAGISTRATE JUDGE