**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 02 1997

*Robert M. March*
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW MICHAEL SANTILLANES,

    Petitioner,

vs.                                              No.   CV-97-549LH/DJS

TIM LEMASTER, Warden et al

    Respondent.

### MINUTE ORDER FOR RESPONDENT'S ANSWER

On April 21, 1997, Petitioner submitted a petition under §2254. The Court has granted petitioner to proceed in forma pauperis, and the Clerk has directed that the petition be served.

It is therefore ordered that,

The Clerk of the District Court shall forward to the respondent a copy of the petitioner's petition, along with the Court's Order of Response in the above-entitled cause of action.

                                                      ROBERT M. MARCH
                                                     Clerk of the Court

                                                     By: *Lisa Chavez*
                                                     Pro Se Division/Deputy Clerk

