IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



ANDREW MICHAEL SANTILLANES,

    Plaintiff,

  vs.                       CIVIL NO. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Defendant.

### ORDER OF REFERENCE RELATING TO BANKRUPTCY APPEALS, SOCIAL SECURITY APPEALS AND PRISONER CASES

Pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and **Virginia Beach Federal Savings & Loan Association v. Wood**, 901 F.2d 849 (10th Cir. 1990), this prisoner case is referred to Magistrate Judge Don J. Svet to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit his analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. Section 636(b)(1)(C). **Objections shall be filed within ten days of entry of the proposed disposition.**

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE