IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

97 MAY 19 AM 9:23

CLERK-ALBUQUERQUE

ANDREW SANTILLANES,

    Petitioner,

vs.                          Civil No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

## MOTION TO APPOINT COUNSEL

COMES NOW THE Petitioner, Andrew Santillanes, Pro Se, to move this Court to appoint counsel to represent the Petitioner in this cause pursuant to 18 USC §3006 A(a)(2)(B) and Rule 8(c) of habeas corpus proceedings.

As grounds the Petitioner states:

1) The Petitioner is an indigent prisoner. The submitted pleadings were authored by another prisoner. The Petitioner lacks the necessary legal knowledge to prosecute this cause of action.

2) The Court should consider the complexity of the legal issues presented. Counsel will be a benefit to both the Petitioner and the Court by clarifying and properly presenting the facts and issues. See Battle v. Armontrout, 902 F.2d. 701 (8th Cir. 1990). The Petitioner believes that an evidentiary hearing will be necessary in this case. As such the Petitioner has a statutory right to counsel. See Swazo v. Wyoming, 23 F.3d. 332 (10th Cir. 1994).



1

WHEREFORE the Petitioner requests this Court appoint counsel to represent the Petitioner in this cause of action before the Court; or any other relief deemed just and proper by this Court.

Respectfully Submitted,

Mr. Andrew Santillanes       *[signature: Andrew Santillanes]*
#33948
PNM Main Facility
PO Box 1059
Santa Fe, New Mexico 87504-1059

## VERIFICATION

## AND CERTIFICATE OF SERVICE

I, Andrew Santillanes, declare and certify that the facts contained herein are true, correct and within my personal knowledge. And, that I have sent a true copy to the Respondent and his Attorney at their business addresses on this 17th day of May, 1997. I make these declarations under the penalty of perjury.

*[signature: Andrew Santillanes]*

ANDREW SANTILLANES

2