IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.

TIM LeMASTER, Warden,

    Respondent.

Civ. No. 97-549 LH/DJS

### ORDER

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, objections to the proposed findings and recommended disposition having been filed, and the Court having made a *de novo* determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are not adopted by the Court;

**IT IS FURTHER ORDERED** that this action is remanded to the Magistrate Judge for further findings and another recommendation.

                            HON. C. LeROY HANSEN
                            UNITED STATES DISTRICT JUDGE