

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 09 1997

*R. [signature]*
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

v.                             CIVIL NO. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

ENTERED ON DOCKET
10/9/97

## ORDER

**THIS MATTER** comes before the Court *sua sponte*. This proceeding is a petition for writ of *habeas corpus* brought pursuant to 28 U.S.C. §2254 and 28 U.S.C. §1915. Respondent has answered the petition and concedes that Petitioner has exhausted his state court remedies or otherwise has no available state mechanism for obtaining review of his claims. This Court has reviewed the pleadings filed in this case and finds that the record proper from state court would assist this Court in reviewing the petition. In addition, the Petitioner will be provided an opportunity to show cause for his procedural default of this action, or, alternatively, to make a showing of actual innocence.[1]

**IT IS THEREFORE ORDERED** that the Federal Public Defender is assigned to represent Petitioner in this proceeding.

**IT IS FURTHER ORDERED** that Respondents shall cause all state court records and transcripts, including records and transcripts of

---

[1] See Proposed Findings and Recommended Disposition filed August 13, 1997 at ¶¶ 8 and 9, and Petitioner's Objections to those findings filed August 25, 1997.


16

pre-trial proceedings and records of parole, probation, and prison disciplinary hearings, if applicable, to be forwarded to this Court for the purpose of examination and review, with the assurance that the state court records and transcripts will be returned to the clerk of the proper court, or other appropriate state custodian, upon the termination of the proceedings herein. <u>Such state court records shall be provided to this Court within forty-five days of the entry of this order.</u>

**IT IS FURTHER ORDERED** that an evidentiary hearing will be held in this matter in order to provide Petitioner with an opportunity to demonstrate cause for his procedural default of this action and prejudice therefrom or to make a showing that he is actually innocent of the crimes for which he was convicted. The hearing will be held on Thursday, January 8, 1998 at 8:30 a.m. in Courtroom 11 West, Magistrate Judge Svet's courtroom, in the Dennis Chavez Federal Building and Courthouse, 500 Gold S.W., Albuquerque, New Mexico.

```
_____
DON J. SVET
UNITED STATES MAGISTRATE JUDGE
```