IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
97 DEC -9 AM 11: 21

CLERK-ALBUQUERQUE

ANDREW SANTILLANES,

    Petitioner,

vs.                                                                                          Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

### MOTION TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR JANUARY 8, 1998

COMES NOW appointed counsel for the Petitioner, and moves this court for a continuance of the evidentiary hearing which is scheduled for Thursday, January 8, 1998, at 8:30 a.m. The courtroom of Magistrate Judge Svet. In support of this request, counsel states the following:

1.    The court entered an Order filed on October 9, 1997, appointing the Office of the Federal Public Defender to represent the defendant in his above-captioned habeas petition. The court also ordered that the record in this case be provided within 45 days of the entry of that order and that there would be an evidentiary hearing on January 8, 1998, at 8:30 a.m. The record proper that was received in this case consists of 27 tapes. While some of these tapes are short matters such as arraignment, there are at least 16 complete tapes of the trial record.

2.    In addition, by way of affidavit from Lena Dee Cagle, Deputy Clerk of the



District Court for the Second Judicial District Court, it is stated that two cassette tapes in the case of State v. Andrew Santillanes, CR 85-39227 could not be located. Counsel is uncertain what these tapes contained.

3. Petitioner has raised serious constitutional issues, which first of all require the review of all of the trial transcript tapes before counsel can effectively prepare for an evidentiary hearing. In addition, counsel has to locate and interview potential witnesses for an evidentiary hearing. Counsel believes that this will involve a substantial amount of time and work. Since receipt of the tapes in late November, counsel has been engaged in two matters having priority over this case. A brief in the case of United States v. Wesley Lawless is due for filing before the United States Court of Appeals for the Tenth Circuit on December 17, 1997. The preparation of that brief takes priority over all other matters. One continuance has been granted in the preparation of that brief and no further continuances are expected to be granted.

4. In addition, counsel has been preparing for a expected week long trial in the case of United States v. Leonard Michael Chacon, scheduled to commence on December 15, 1997, before the Honorable Judge Conway.

5. Due to the attention that counsel has been giving to the above matters, counsel cannot review the tapes or prepare for the evidentiary hearing presently scheduled on January 8, 1998. Counsel has informed the petitioner of the need for this delay and he has not stated any objection. Counsel understands that the petitioner wants total, complete and adequate

2

preparation by this counsel for the evidentiary hearing. This is his last opportunity to make a record regarding the allegations contained in his petition.

6. Counsel has contacted Assistant Attorney General Elizabeth Blaisdele because Attorney Patricia Gandert is unavailable. She has no objections to this reuqest.

7. Counsel is requesting a continuance of at least 30 days for the evidentiary hearing. It will take that much time for counsel to review the record, investigate new material needed for the evidentiary hearing, subpoena witnesses, as well as consult with the petitioner in this case.

WHEREFORE, counsel requests that the court continue the evidentiary hearing for a period of at least one month from its January 8, 1998, setting.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
P.O. Box 449
Albuquerque, NM 87103
(505) 766-3293

Roger A. Finzel
Attorney for Defendant

I hereby certify that a true copy of the foregoing pleading was delivered to Assistant Attorney General Patricia Gandert this 9 day of December, 1997

3