IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

        Petitioner,

vs.    Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

        Respondent.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 10 1997
CLERK

## ORDER CONTINUING JANUARY 8, 1998, EVIDENTIARY HEARING

THIS MATTER having come before the court on defendant's unopposed Motion to Continue January 8, 1998, Evidentiary Hearing, and the court being fully advised in the premises;

IT IS THEREFORE ORDERED that defendant's motion to continue the January 8, 1998, evidentiary hearing is granted, and a new evidentiary hearing is set for Wed., Feb. 25, 1998 at 9:00 a.m.

                                                    U.S. District Judge
                                                    magistrate

Submitted by:
Roger A. Finzel
Attorney for petitioner

Approved by:
Patricia Gandert, AAG
Attorney for respondent