IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.

TIM LeMASTER, Warden,

    Respondent.

Civ. No. 97-549 LH/DJS

## MOTION TO COMPEL HUMANITARIAN VISIT

**COMES NOW** counsel for the Petitioner and moves this Court for an Order allowing the family of the Petitioner to have reasonable daily visitation at St. Vincent's Hospital in Santa Fe, New Mexico with the Petitioner in the Intensive Care Unit of the hospital. In support of this motion counsel states:

    1.    Counsel represents this Petitioner in the above-captioned Writ of Habeas Corpus pursuant to 28 USC § 2254 pending in this United States District Court.

    2.    The Petitioner is an inmate of the New Mexico Corrections in Santa Fe. On Monday, January 12, 1998, the Petitioner was found in his cell with approximately 42 stab wounds. He was rushed to the hospital where initially he was not expected to survive. He remains in critical condition in the Intensive Care Unit in St. Vincent's Hospital under appropriate security.

    3.    The Warden of the Santa Fe penitentiary has authorized in writing, visitations of the family with Mr. Santillanes. In spite of these facts and in spite of the critical condition



of the Petitioner the hospital refuses visitation of the Petitioner's family.

4. Counsel for the Respondent, Assistant Attorney General, Patricia Gandert, through Anthony Tupler, categorically opposes this motion, due to lack of security at the hospital. The Warden for the Santa Fe Penitentiary has sent a letter to St. Vincent's Hospital authorizing visits from the Petitioner's family. While security is a concern, a man in critical condition with 42 stab wounds, who was not expected to live past the first day in the hospital, is not likely to walk out of the hospital. His family is not a threat to his security. Concern over an attempted escape or that his family will assist him in an attempted escape is inappropriate in this situation. Prison guards are also present, and would be available to supervise any visits.

5. Counsel has contacted counsel for the hospital, Paula Maynes, regarding hospital policy and this request. Ms. Maynes indicates that the hospital also opposes this motion, and she requests notice of any hearing on this motion.

6. Because of the critical nature of the Petitioner's injuries and the reasonable desire of the family to have visitations with the Petitioner, counsel herein is compelled to request that this Court, for humanitarian reasons, order St. Vincent's Hospital to allow reasonable visitation with Petitioner.

WHEREFORE, counsel requests that this Court grant this reasonable request. A proposed form of Order is attached.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
P.O. Box 449
Albuquerque, NM 87103
(505) 766-3293


By _____
Roger Finzel
Assistant Federal Public Defender
Albuquerque Office

## CERTIFICATE OF SERVICE

*MK faxed and*

I HEREBY CERTIFY that a copy of the following pleading was mailed to __Patricia Gandert__, Assistant Attorney General and _Paula Maynes, Counsel for St. Vincent's Hospital_ on this __16th__ day of January, 1998.

By _____
Roger Finzel