IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

98 JAN 23 AM 11: 10

Robert M. March
CLERK-ALBUQUERQUE

ANDREW SANTILLANES,

    Petitioner,

vs.

TIM LeMASTER, Warden,

    Respondent.

Civ. No. 97-549 LH/DJS

### MOTION TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR FEBRUARY 25, 1998

**COMES NOW** counsel for the Petitioner, Roger A. Finzel, Assistant Federal Public Defender, and moves this Court for a continuance of the evidentiary hearing which is currently scheduled for Wednesday, February 25, 1998, at 9:00 a.m. In support of this motion counsel states the following:

1.   Due to a crowded schedule and other conflicting matters, counsel has previously requested and been granted a continuance of the evidentiary hearing originally scheduled for January 8, 1998. The Court granted the request and set this new date of February 25, 1998, at 9:00 a.m.

2.   Counsel for the Petitioner is scheduled to be on personal leave from February 12, 1998, through approximately March 4, 1998. During this time counsel has already obtained non-refundable round trip tickets to visit his mother. For part of this period, counsel will be traveling with other people on a rather rigid schedule that cannot be changed.



3. The Petitioner, Andrew Santillanes, was recently attacked while in the custody of the Penitentiary of New Mexico. He is recovering but the injuries and the attack have delayed the investigation and preparation for an evidentiary hearing.

4. Counsel will be also going to Atlanta, Georgia in March for annual training provided by the administrative office of the Federal Public Defender. This annual three day training event will be in Atlanta, Georgia commencing on March 23, 1998. The week prior to that, counsel is expected to be arguing either one or two arguments before the United States Court of Appeals for the Tenth Circuit in Denver, Colorado. Counsel will be spending most of the month of March preparing for those arguments. Therefore counsel will be unable to prepare for a hearing on this matter in March. Therefore, counsel requests that this Court schedule the evidentiary hearing near the end of April, consistent with the Court's schedule.

5. Counsel for the Respondent, Patricia Gandert, has no objection to this request for a continuance or for this request to continue it until the end of April.

6. The Petitioner is anxious to have his day in court, but he is even more anxious that counsel be prepared. Therefore, he understands the need for this continuance and does not object.

WHEREFORE, for the reasons stated, counsel requests that the evidentiary hearing be continued from February 25, 1998, until a date near the end of April or thereafter, consistent with the Court's scheduling. A proposed form of Order is attached.

2

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
P.O. Box 449
Albuquerque, NM 87103
(505) 766-3293

By _____
Roger Finzel
Assistant Federal Public Defender
Albuquerque Office

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following pleading was mailed to __Patricia Gandert__, Assistant Attorney General on this __23rd__ day of January, 1998.

By _____
Roger Finzel

3