**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN 2 9 1998


CLERK

ANDREW SANTILLANES,
    Petitioner,

vs.

TIM LeMASTER, Warden,
    Respondent.

CIV No. 97-549 LH/DJS

## ORDER DENYING PETITIONER'S MOTION TO COMPEL HUMANITARIAN VISIT

THIS MATTER comes before the Court on January 16, 1998 on petitioner's Motion to Compel Humanitarian Visit. The hearing is conducted by telephonic conference call. Petitioner appears by Michael Keefe, Respondent appears by Anthony Tupler, and St. Vincent's Hospital appears by Paula Maynes. The Court heard argument from all counsel and **FINDS** that it lacks authority in a habeas corpus action to order St. Vincent's Hospital to permit the requested visitation in contravention of standing hospital policy.

IT IS THEREFORE ORDERED the motion is denied.

_____
DON J. SVET
United States Magistrate Judge

Submitted by:

_____
Anthony Tupler
Counsel for Respondent

Approved as to Form
Approved by telecon 1.26.98

_____
Michael A. Keefe
Counsel for Petitioner