

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                                                       Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

## ORDER CONTINUING FEBRUARY 25, 1998, EVIDENTIARY HEARING

THIS MATTER having come before the court on the Petitioner's unopposed Motion to Continue Evidentiary Hearing Scheduled for February 25, 1998, and the court being fully advised in the premises;

IT IS THEREFORE ORDERED that Petitioner's motion to continue the February 25, 1998, evidentiary hearing is granted, and a new evidentiary hearing is set for Tues., May 5, 1998 at 8:30 a.m.

                                                              DON J. SVET
                                                              United States Magistrate Judge

Submitted By:
ROGER FINZEL, AFPD
Counsel for Petitioner

Approved By:
PATRICIA GANDERT, AAG
Counsel for Petitioner

