UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

   Petitioner,

v.                          **CIVIL NO. 97-549 LH/DJS**

**TIM LeMASTER, Warden**,

   Respondent.

### ORDER

**THIS MATTER** comes before the Court upon Petitioner's Motion for Appointment of Counsel filed May 19, 1997 (Docket No. 8). The Federal Public Defender was appointed to represent Petitioner by this Court's order of October 9, 1997 (Docket No. 16). For that reason Petitioner's motion is moot.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Appointment of Counsel filed May 19, 1997 is denied as moot.

_____
DON J. SVET
UNITED STATES MAGISTRATE JUDGE