IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                              Civil No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSECONDUM

Comes now the undersigned, counsel for the Petitioner, and moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus Ad Prosecondum directing the Supervisor of the Penitentiary of New Mexico, Warden Tim LeMaster, (Santa Fe, NM) to deliver ANDREW SANTILLANES, SSN 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, DOB 12/19/57, PNM # 33948, to the United States Courthouse, 500 Gold, SW, Albuquerque, New Mexico for the purpose of testifying before the Honorable Don J. Svet, United States Magistrate Judge, in the above-captioned case on May 5, 1998, at 8:30 a.m., and that Andrew Santillanes be returned to the Penitentiary of New Mexico, Santa Fe, NM after his presence at said proceedings is no longer required.

                                            Respectfully submitted,

I hereby certify that a                    FEDERAL PUBLIC DEFENDER
true copy of the foregoing              111 Lomas, NW, Suite 501
was mailed to Patricia Gandert       Albuquerque, New Mexico 87102-2368
Asst. Atty. General,
P.O. Drawer 1508, Santa Fe,
NM 87504-1508, this 28th
day of April, 1998.

                                            ROGER A. FINZEL
                                            Attorney for Petitioner