IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

98 APR 29 PM 3: 34

Robert M Marsh
CLERK-ALBUQUERQUE

ANDREW SANTILLANES,

    Petitioner,

v.                                                       CV No. 97-549 LH/DJS

TIM LEMASTERS,

    Respondent.

## AFFIDAVIT

I, Robert S. Chappael, PNM # 40811, hereby swear under oath to the following:

1.     In March of 1997 I was asked by Andrew Santillanes to assist him in the preparation of a Petition for Writ of Certiorari to the New Mexico Supreme Court. Because of a lock-down situation which lasted at least until the end of February, he did not meet with me until early March. We made arrangements to meet at the library and we were finally able to meet there on March 19, 1997. At that time, I assisted Mr. Santillanes in the preparation of his Petition for Writ of Certiorari to the New Mexico Supreme Court. At the time that Mr. Santillanes prepared this petition, I was present with him. I observed him sign it and date it. The date that he dated it was the date that I was with him. I understand that the document is dated March 19, 1997. I hereby state that when he prepared the document, that is the date that we were at the library together.

2.     After he completed the petition, he put it in an envelope and I accompanied him to the



mailbox located outside the library. I observed him put the sealed envelope with the pleadings to the Supreme Court in the mailbox. At the time, in order to have an additional witness we asked the corrections officer, Mr. Andy Ray, to witness the fact that we were mailing this document to the New Mexico Supreme Court. He acknowledged that he saw us do this act.

3. In my experience, if the prison system in the State of New Mexico had forwarded to the post office immediately and assuming that the post office did not delay the delivery, then there was more than sufficient time for that document to go to the New Mexico Supreme Court and be filed prior to the date of March 24, 1997. Because there was so much time available, I did not concern or worry that the document might not be received by the New Mexico Supreme Court in a timely fashion if the prison system sent the envelope out promptly. However, I have experienced other situations where prisoners have mailed things and they have taken an inordinately longer period of time to reach it's destination. I do not know why it takes so long for some documents to reach their destination. All I can say is I saw him prepare it and mail it on the date that is on the document; March 19, 1997.

Further Affiant sayeth not.

_Robert S. Chappell_     Dated  4-29-98

STATE OF NEW MEXICO )
                    )
COUNTY OF Santa Fe  )

SUBSCRIBED AND SWORN TO before me this 29th day of April, 1998, by Robert S. Chappael.

KATHLEEN LAWICKI
_____
Notary Public

My Commission Expires:

5-7-2001