IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                                                Civil No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSECONDUM

Upon the motion for petitioner for a Writ of Habeas Corpus Ad Prosecondum directed to Supervisor, Penitentiary of New Mexico, Santa Fe, New Mexico (c/o Warden Tim LeMaster) it is:

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosecondum directing the said custodian to deliver:

    Andrew Santillanes, PNM #33948

to the U.S. Courthouse, 500 Gold, SW, Albuquerque, NM, to arrive no later than Tuesday, May 5, 1998, at 8:30 a.m., to testify at court proceedings before the United States District Court, the Honorable Don J. Svet, Magistrate Judge of the United States District Court of New Mexico and the said party shall be returned to the Penitentiary of New Mexico when his presence is no longer required before the United States District Court.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
ROGER A. FINZEL, AFPD
Attorney for Defendant



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                                                             Civil No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

## WRIT OF HABEAS CORPUS AD PROSECONDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: SUPERVISOR, PENITENTIARY OF NEW MEXICO
    C/O WARDEN TIM LEMASTERS
    SANTA FE, NM

GREETINGS:

    You are hereby commanded to deliver the body of: Andrew Santillanes, PNM #33948, a prisoner in your custody in the Penitentiary of New Mexico, 205 E. 200 North, Santa Fe, New Mexico, 87504, to the United States Courthouse, 500 Gold, SW, Albuquerque, New Mexico, by May 5, 1998, at 8:30 a.m., for court proceedings before the United States District Court before the Honorable Don J. Svet, and to remain until his presence before said Court is no longer required and then to be returned to the Penitentiary of New Mexico.

    WITNESS the Honorable Don J. Svet, Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 29 day of April 1998.

| The foregoing Writ is hereby allowed. | ROBERT M. MARCH, Clerk |
|---|---|
| _DON J. SVET_ | United States District Court |
| UNITED STATES MAGISTRATE JUDGE | By _ROBERT M. MARCH, Clerk_ Deputy |