IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                               Civ. No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

## AFFIDAVIT

Dora Urban, being first duly sworn, states:

1. I am the Supervisor of the Correspondence Department at the Penitentiary of New Mexico in Santa Fe.

2. The regular practice and procedure for collecting mail at the main facility at the Penitentiary of New Mexico consisted of daily pickup excluding weekends and holidays. The mail was picked up daily from the mailboxes located within the facility.

3. At each pickup point, there were two boxes, one for regular correspondence and another for legal mail. In addition, there was a mailbox provided for outgoing legal correspondence located in front of the law library.

4. The main facility had boxes located in front of the library, two boxes in the infirmary, two boxes in the center corridor, and two boxes located in Cellblock 4 which was designated as the lockdown unit for the main facility.

5. The mail was picked up on a daily basis and taken to the mailroom in the main facility where it was sorted. Postage

was placed on the outgoing mail, and the mail was then taken to a United States postal facility.

6. The institution is not required to keep a record of any outgoing mail. However, a log is kept of all incoming legal correspondence.

7. Since there are no logs of the outgoing legal mail, it is not possible to tell whether any specific item of mail was mailed at a particular time.

8. During a lockdown situation, there is no suspension of mail services and the mail is sent out in a timely manner.

9. During a lockdown situation, individual correction unit officers go to the individual cellblocks to collect any outgoing mail from the inmates and deposit the mail in the mailboxes.

10. The institution provides free postage for all legal mail. An inmate has the option of sending certified mail with a return receipt requested if the inmate pays for the additional fees.

Further affiant sayeth naught.

_____
DORA URBAN
SUPERVISOR CORRESPONDENCE DEPARTMENT
PENITENTIARY OF NEW MEXICO

STATE OF NEW MEXICO)
COUNTY OF SANTA FE )

SUBSCRIBED AND SWORN to before me this 1st day of May 1998 by Dora Urban.

_____
NOTARY PUBLIC

My Commission expires:
7/16/2001