UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANDREW SANTILLANES**,

   Petitioner,

v.                              **CIVIL NO. 97-549 LH/DJS**

**TIM LeMASTER, Warden**,

   Respondent.

### ORDER

**THIS MATTER** comes before the Court *sua sponte*. This proceeding is a petition for writ of *habeas corpus* brought pursuant to 28 U.S.C. §2254 and 28 U.S.C. §1915. This Court finds that an evidentiary hearing regarding the merits of the petition is appropriate.

**IT IS THEREFORE ORDERED** that an evidentiary hearing will be held in this matter regarding the merits of Petitioner's claims. The hearing will be held on Monday, December 7, 1998 at 8:30 a.m. in Courtroom A401, the Mimbres Courtroom, in the United States Courthouse, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

_____
**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**