IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

98 DEC -1  PM 3: 39

ANDREW SANTILLANES,

     Petitioner,

vs.                                                                           Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

     Respondent.

### UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR DECEMBER 7, 1998

**COMES NOW** counsel for the Petitioner, Roger A. Finzel, Assistant Federal Public Defender, and hereby moves this Court for a continuance of the evidentiary hearing which is currently scheduled for Monday, December 7, 1998, at 9:00 a.m.  In support of this motion counsel states the following:

    1.    This evidentiary hearing has been scheduled for several months.  It is a continuation of an evidentiary hearing that was previously conducted by this Court.

    2.    Counsel learned on Wednesday, November 25, 1998, that the first degree murder trial of *U.S. v. Michael Pemberton*, was actually going to be going on December 8, 1998.  Counsel had previously been informed by Assistant United States Attorney Kathleen Bliss that they would not have the work up on the blood and the DNA analysis to do a trial in December.  She indicated she would be filing a continuance.  Subsequent to that time and unbeknownst to counsel herein, she apparently changed her mind, or the DNA analysis was



received by her. To this date, counsel does not have a copy of the DNA analysis. Nonetheless, on Wednesday, November 25 when Ms. Bliss was contacted regarding a continuance she stated that she was going to trial on December 8, 1998, and would oppose any further continuances.

3.     Counsel has been diligently preparing this case for trial. The defendant is at liberty but is anxious to have the matter resolved. Therefore, unless there are some sudden developments or unavailability of witnesses, counsel will be proceeding to trial on December 8, 1998, in this first degree murder trial.

4.     Because of the time necessary to prepare and to review what has already been prepared, counsel will be unable to conduct an evidentiary hearing in the Andrew Santillanes matter on December 7, 1998. To do so would require too much distraction from the preparation from the murder trial to work on and review and prepare the witnesses for that evidentiary hearing. Therefore, it would not be in the best interest of justice for either Mr. Santillanes or for Mr. Pemberton, the defendant in the case of *United States v. Michael Pemberton*, which is scheduled for trial on December 8, 1998.

**5.**     Counsel for the respondent, Assistant Attorney General Patricia Gandert, could not be reached to determine her position on this motion. Under these circumstances, it is assumed that she will not oppose this motion.

6.     Mr. Santillanes is anxious to have his evidentiary hearing but has previously informed counsel that he wants the evidentiary hearing to be conducted in the best possible

fashion. Counsel simply cannot do that while being distracted in preparation for a first degree murder trial. Therefore, it is in the petitioner's best interest that this evidentiary hearing be continued so that counsel can provide full time and attention to its preparation and presentation.

7.    Counsel requests that with all of the other matters scheduled and the holiday season, that this matter not be set on the court's calendar for an evidentiary hearing until after mid January 1999.

WHEREFORE, for the reasons stated, counsel requests that the evidentiary hearing be continued from December 8, 1998, until a date in mid January or thereafter, consistent with the Court's scheduling. A proposed form of Order is attached.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas, NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

By _____
Roger Finzel
Assistant Federal Public Defender
Albuquerque Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following pleading was mailed to __Patricia Gandert__, Assistant Attorney General on this _1st_ day of December, 1998.

By _____
Roger Finzel

3