**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 4 1998

*R. [signature]*
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                           Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

### UNOPPOSED ORDER CONTINUING DECEMBER 7, 1998, EVIDENTIARY HEARING

UPON THE MOTION of counsel for the Petitioner to continue the evidentiary hearing Scheduled for December 7, 1998, and the court being fully advised in the premises, including that counsel for the Respondent _____;

IT IS THEREFORE ORDERED that Petitioner's motion to continue the December 7, 1998, evidentiary hearing is granted, and a new evidentiary hearing is set for _Monday, Jan. 18, 1999_ at __8:30__ _a_.m.

_____
DON J. SVET
United States Magistrate Judge

Submitted By: _RAF_
ROGER FINZEL, AFPD
Counsel for Petitioner

Approved By:
PATRICIA GANDERT, AAG

5