IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.   Civil No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

### MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now the undersigned, counsel for the defendant, and moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificandum directing the Supervisor of the New Mexico State Penitentiary, Santa Fe, New Mexico to surrender Robert S. Chappell, #40811, to the United States Marshal, and that said U.S. Marshal be directed to bring Robert S. Chappell, to the United States Courthouse, 333 Lomas, NW, Albuquerque, New Mexico, for the purpose of testifying in the above-captioned case on Thursday, January 14, 1999, at 8:30 a.m., and that the United States Marshal be ordered to return Robert S. Chappell to the New Mexico State Penitentiary, Santa Fe, New Mexico after his presence at said proceeding is no longer required.

Respectfully submitted,

I hereby certify that a
true copy of the foregoing
was mailed to Patricia
Gandert, Asst. Atty. General,
P.O. Drawer 1508, Santa Fe,
NM 87504-1508, this 6
day of January 1999.

FEDERAL PUBLIC DEFENDER
111 Lomas, NW, Suite 501
Albuquerque, New Mexico 87102
(505) 346-2489

_____
ROGER A. FINZEL
Attorney for Petitioner