IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
99 MAR 12 AM 10: 44
CLERK-SANTA FE

ANDREW SANTILLANES,

    Petitioner,

vs.     Civ. No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

### AFFIDAVIT

Jane Gurule, being first duly sworn, states:

1. I am the Chief Deputy Clerk for the New Mexico Supreme Court.

2. As part of my duties as Deputy Clerk, I am responsible for filing documents in the Supreme Court which comply with the rules of the Court.

3. On April 4, 1997, I sent a letter to Mr. Andrew Santillanes, # 33948, an inmate at the Penitentiary of New Mexico. In the letter, I informed Mr. Santillanes that his Petition for Writ of Certiorari could not be filed with the New Mexico Supreme Court because it was late, and therefore did not comply with our rules.

4. I subsequently reviewed the Supreme Court files and found the original envelope which the Court had received from Mr. Santillanes. The original envelope is postmarked March 28, 1997. A copy of that envelope is attached to this affidavit.

Further affiant sayeth naught.

_____
JANE GURULE
CHIEF DEPUTY CLERK
NEW MEXICO SUPREME COURT
STATE OF NEW MEXICO

STATE OF NEW MEXICO )
COUNTY OF SANTA FE )

SUBSCRIBED AND SWORN to before me this 11th day of March 1999 by Jane Gurule.

_____
NOTARY PUBLIC

My Commission expires: 4-7-99

Andrew Santillanes #33948
PO 1059
Santa Fe, NM 87504

Clerk of Courts
PO 848 (Supreme Court)
Santa Fe, NM 87503



April 4, 1997

Mr. Andrew M. Santillanes  #33948
N.M.S.P.
P.O. Box 1059
Santa Fe, New Mexico 87504-1059

Dear Mr. Santillanes:

Your Petition for Writ of Certiorari was received in our office on April 1, 1997.

A petition for Writ of Certiorari to the district court must be filed on or before the **30th day** after the district court files its decision. In your case, the petition should have been filed on or before **March 24, 1997**.

Our rules will not allow us to accept a petition for writ of certiorari that is late for any reason.

Your petition is being returned.

Cordially,

Jane Gurule, Chief Deputy Clerk
Supreme Court of New Mexico

Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                                    Civ. No. 97-549 LH/DJS

TIM LEMASTER, Warden,

    Respondent.

### CERTIFICATE OF SERVICE

I certify that on this 12th day of March, 1999, I, Patricia A. Gandert, counsel for Respondent, Tim LeMaster, state that I served a copy of the Affidavit of Jane Gurule upon Roger Finzel, Attorney for Petitioner, 111 Lomas NW, Suite 501, Albuquerque, New Mexico 87125, by first class mail.

                                            Respectfully submitted,

                                            PATRICIA A. MADRID
                                            Attorney General

                                            *Patricia A. Gandert*
                                            Patricia A. Gandert
                                            Assistant Attorney General
                                            P.O. Drawer 1508
                                            Santa Fe, NM  87504-1508
                                            (505) 827-6938