IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

99 APR -1 PM 3:53

Robert M Marsh
CLERK-ALBUQUERQUE

ANDREW SANTILLANES,

    Petitioner,

vs.          Civil No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the undersigned, counsel for the Petitioner, and moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the Supervisor of the Lea County Correctional Facility, Warden Reed Smith, (Hobbs, N.M.) to deliver Andrew Santillanes, PNM # 33948, DOB 12/19/57, to the United States Courthouse, 333 Lomas, NW, Albuquerque, New Mexico for the purpose of testifying before the Honorable Don J. Svet, United States Magistrate Judge, in the above-captioned case on April 6, 1999, at 8:30 a.m., and that Andrew Santillanes be returned to the Lea County Correctional Facility, Hobbs, N.M. after his presence at said proceedings is no longer required.

Respectfully submitted,

I hereby certify that a
true copy of the foregoing
was mailed to Patricia Gandert
Asst. Atty. General, P.O. Drawer
1508, Santa Fe, NM 87504-1508,
on 4/1, 1999.

FEDERAL PUBLIC DEFENDER
111 Lomas, NW, Suite 501
Albuquerque, New Mexico 87102

Roger A. Finzel
Attorney for Petitioner

46