# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

CASE NO. 97cv549LH/LFG   DATE April 6, 1999

TITLE Santillanes v. LeMaster

Evidentiary Hearing

BEFORE: HONORABLE Don J. Svet   Magistrate JUDGE

Michael Murphy
**Deputy Clerk**

Don Hilland
**Court Reporter**

ATTORNEYS PRESENT FOR Petitioner
Roger Finzel

ATTORNEYS PRESENT FOR Respondent
Patricia Gandert

**PROCEEDINGS:**

8:55   Ct in session

8:58   Petitioner calls Andrew Santillanes

9:10   Ct in recess

9:15   Ct in session, direct testimony of Andrew Santillanes, cont.

9:45   Cross-examination of Andrew Santillanes

9:50   Pet. calls Joseph Riggs

10:11  Cross examination of Riggs

10:13  Petitioner rests, Respondent calls Michael Cox

10:15  Cross-examination of Michael Cox by Petitioner.

10:17  Cox excused.

       Respondent offers Resp's Ex *1, forms provided state prisoners, no objection, admitted.

10:25  Judge will allow parties to brief issues. Petitioner's brief due in 60 days, Respondent's brief due 45 days after that.

10:26  Court in recess.

48

```
1            IN THE SUPREME COURT OF THE STATE OF NEW MEXICO
2
3                                    )
                                     )
4            Petitioner,             )
                                     )              S.Ct. No. _____
5   -vs-                             )
                                     )              Dist.Ct. No. _____
6                                    )
                                     )
7                                    )
             Respondent.              )              MAY 2 0
8    _____)
```

9

10                PETITION FOR WRIT OF CERTIORARI

11              TO THE NEW MEXICO DISTRICT COURT

12       NOW COMES the Petitioner, _____, and

13  respectfully petitions this Honorable Court to issue its Writ of

14  Certiorari to the _____ Judicial District Court, Division __,

15  for review of that court's order [dismissing] [denying] the

16  petition for writ of habeas corpus filed in the matter of

17  _____, No. _____. A copy of the

18  district court's order filed on _____, is attached

19  hereto as Exhibit __.

20       This review is sought under the provisions of Article VI,

21  sec. 3 of the New Mexico Constitution and Rule 57(g)(2) of the

22  Rules of Criminal Procedure. This Petition is timely filed in the

23  New Mexico Supreme Court on or before

24

25                QUESTION(S) PRESENTED FOR REVIEW

26

27

28

GOVERNMENT EXHIBIT 1

MATERIAL FACTS

## BASIS FOR GRANTING CERTIORARI

[ ]   The decision of the district court in this case conflicts with the following decisions of the New Mexico Supreme Court: _____

_____

_____

_____

_____

[ ]   The decision of the district court in this case conflicts with the following decisions of the New Mexico Court of Appeals: _____

1
2
3
4
5          [  ]   This case involves the following significant
6   question(s) of law under the New Mexico Constitution and/or the
7   United States Constitution: _____
8   _____
9   _____
10  _____
11  _____
12         [  ]   This case involves the following issue of "substantial
13  public interest" that should be determined by this Court:
14  _____
15  _____
16  _____
17  _____
18  _____
19
20                              ARGUMENT
21  [Attach additional sheets if necessary.]
22
23
24
25
26
27
28

## CONCLUSION

Based on the foregoing reasons, Petitioner respectfully prays this Honorable Court to grant this petition and reverse the district court's decision, and he prays for such other and further relief as to this Court may seem just and proper.

DATED this          day of                , 19   .

                                        Respectfully submitted,

_____

```
 1                IN THE SUPREME COURT OF THE STATE OF NEW MEXICO
 2
 3                                         )
                                           )
 4        Defendant-Petitioner,            )
                                           )        S.Ct. No. _____
 5   -vs-                                  )
                                           )        Ct.App. No. _____
 6                                         )
                                           )
 7                                         )
          Plaintiff-Respondent.            )
 8   _____)
 9
10                       PETITION FOR WRIT OF CERTIORARI
11                      TO THE NEW MEXICO COURT OF APPEALS
12        NOW COMES the Defendant-Petitioner,                                    ,
13   and respectfully petitions this Honorable Court to issue its
14   Writ of Certiorari to the New Mexico Court of Appeals for review
15   of that court's Opinion in the case of
16   Ct.App. No.      (Opinion filed                      ).  (Exhibit
17   attached)  This review is sought under the provisions of
18   Article VI, sec. 3 of the New Mexico Constitution, §34-5-14, NMSA
19   1978, and Rule of Criminal Appellate Procedure 603, NMSA 1978.
20
21                        QUESTION(S) PRESENTED FOR REVIEW
22
23
24
25
26
27
28
```

MATERIAL FACTS

-2-

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                      BASIS FOR GRANTING CERTIORARI
14          [  ]   The decision of the Court of Appeals in this case
15   conflicts with the following decisions of the New Mexico Supreme
16   Court: _____
17   _____
18   _____
19   _____
20   _____
21          [  ]   The decision of the Court of Appeals in this case
22   conflicts with the following decisions of the New Mexico Court of
23   Appeals: _____
24   _____
25   _____
26   _____
27   _____
28          [  ]   This case involves the following significant question
```

```
 1  of law under the New Mexico Constitution and/or the United States
 2  Constitution: _____
 3  _____
 4  _____
 5  _____
 6  _____
 7         [  ]   This case involves the following issue of "substantial
 8  public interest" that should be determined by this Court:
 9  _____
10  _____
11  _____
12  _____
13  _____
14
15                              ARGUMENT
16  [Attach additional sheets if necessary.]
17
18
19
20
21
22
23
24
25
26
27
28
```

## CONCLUSION

Based on the foregoing reasons, Petitioner respectfully prays this Honorable Court to grant this petition and reverse the Court of Appeals decision, and he prays for such other and further relief as to this Court may seem just and proper.

DATED this          day of                , 19    .

                                              Respectfully submitted,

_____