IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES,

    Petitioner,

vs.                               Civ. No. 97-549 LH/DJS

TIM LeMASTER, Warden,

    Respondent.

## PETITIONER'S UNOPPOSED MOTION TO CONTINUE BRIEFING SCHEDULE

**COMES NOW** counsel for the Petitioner Andrew Santillanes, Assistant Federal Public Defender Roger A. Finzel, and hereby moves this Court for an order extending the time for filing the Petitioner's Memorandum Brief from June 21, 1999, until July 26, 1999.

In support of this request, counsel states the following:

1.     The present briefing date was set after an evidentiary hearing was completed on April 6, 1999.

2.     Since that time, counsel has been unusually preoccupied with personal matters. First, he made arrangements to finally sell his home. Second, he ran into difficulty in enforcing his contract for the purchase of another home. This activity consumed a great deal of time in the month of April, leading to a final resolution on April 30. Thereafter, counsel was preoccupied with packing and making the necessary arrangements to move into his new home at the end of May. As a consequence, counsel took considerable time off of work to

complete the sale of his house, the purchase of the new house, and the moving process.

3.      As a consequence, the anticipated opportunity, in line with counsel's other mandatory work, did not develop as expected for the complete review of the record and writing of the Petitioner's Memorandum Brief.  In the middle of all these activities, counsel went to Denver to argue the case of *United States v. Leonard Chacon*.  This had priority over all other matters.

4.      Counsel has now completed these personal matters and is applying full time and attention to his current and future work load.  However, counsel is still catching up on a number of matters on the criminal docket which demand immediate attention.  It is anticipated that counsel will be able to complete Petitioner's Memorandum Brief by July 26, 1999.

5.      Counsel for the Respondent, , Assistant Attorney General Patricia Gandert, has no objection to this requested continuance.

6.      Petitioner, Andrew Santillanes, recognizing this is his last opportunity to have these matters heard before this court, has no objection to this requested continuance of the filing of the Memorandum Brief.  He wants the best possible job done on his behalf.

WHEREFORE, for the reasons stated, counsel requests that this court extend the time for filing Petitioner's Memorandum Brief from June 21, 1999, until July 26, 1999.   A proposed form of Order is attached.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas, NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

By _____
    Roger Finzel
    Assistant Federal Public Defender
    Albuquerque Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following pleading was mailed to ___Patricia Gandert___, Assistant Attorney General on this 21st  day of June, 1999.

By _____
    Roger Finzel