# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ANDREW SANTILLANES**,

  Petitioner,

v.                                                    **CIVIL NO. 97-549 LH/DJS**

**TIM LeMASTER, Warden**,

    Respondent.


## ORDER

This matter comes before the Court upon Petitioner's Motion to Recuse filed June 18, 1999 (Docket No. 49). Petitioner's motion is well taken and should be granted. Pursuant to 28 U.S.C. §455(a) and (b)(3), it is appropriate that I disqualify myself from handling the above captioned action.

**IT IS THEREFORE ORDERED** that this matter be assigned to another Magistrate Judge.


**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**