IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
AT ALBUQUERQUE NM
JUN 2 2 1999
ROBERT M. MARCH
CLERK

ANDREW SANTILLANES,

    Petitioner,

vs.   CV97-549 LH/LFG

TIM LeMASTER, WARDEN,

    Respondent.

## MINUTE ORDER

Please be advised that the above captioned case has been reassigned from U.S. Magistrate Judge Don J. Svet to U.S. Magistrate Judge Lorenzo F. Garcia for report and recommendation.

Kindly reflect this change when submitting further pleadings for this case. **CASE NUMBER CV-97-549 LH/LFG.**

ROBERT M. MARCH, CLERK

By: _____
    Deputy Clerk