Clerk's Copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
AT ALBUQUERQUE NM

APR 1 8 2000

ROBERT M. MARCH
CLERK

ANDREW MICHAEL SANTILLANES,

Petitioner,

vs.                                    CIVIL NO. 97-549 LH/LFG

TIM LeMASTER,

Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed March 7, 2000, and on Petitioner's objections to the findings and recommended disposition, filed April 7, 2000. The Court conducted a *de novo* review of those portions of the Magistrate Judge's findings and recommended disposition to which Petitioner objects.

Petitioner repeatedly asserts in his objections that he was never given the opportunity to inform his attorney of his version of the events of December 24, 1984. Petitioner testified at the evidentiary hearing that he never explained to his attorney what happened that night, and his attorney never asked. (Evidentiary Hearing, 4/6/99, at 22-23). However, the attorney testified that Petitioner did tell him what happened that night, and the version of events described by Petitioner at the evidentiary hearing was the same as the version his client told him in pretrial discussions. He said he doesn't know how he could have advised his client whether or not to testify without knowing his



story. (Id., at 48-49). Thus, there is a factual dispute as to what Petitioner told his attorney, and the Court finds no error in the Magistrate Judge's resolution of this issue.

Petitioner asserts there was no finding that he placed his state petition for certiorari in the prison mailbox on March 19, 1997. This date is irrelevant to the issue of timely filing, due to the definition of "filing" used by the New Mexico courts. Petitioner claims that the Recommended Disposition makes no mention of United States v. Gray. This is incorrect; the Magistrate Judge considered and rejected it as inapplicable to the facts of this case. (Findings and Recommended Disposition, at 5 n.2). Contrary to Petitioner's assertion, the Court finds no implication of bias in the use of the word "story" to describe the three versions of the events of the night of December 24, 1984. The word is used to refer not only to Petitioner's version, but also to Sedillo's and Bernally's versions. Finally, the Recommended Disposition does not "acknowledge that Mr. Santillanes repeatedly told his attorney that he wanted to take the stand," and the record does not support such an assertion.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the petition is denied and this action be, and it hereby is, dismissed with prejudice.

UNITED STATES DISTRICT JUDGE

2