IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
AT ALBUQUERQUE NM

APR 1 8 2000

ROBERT M. MARCH
CLERK

ANDREW MICHAEL SANTILLANES,

Petitioner,

vs.   CIVIL NO. 97-549 LH/LFG

TIM LeMASTER,

Respondent.

## JUDGMENT

Having denied all of Petitioner's claims by adopting the Magistrate Judge's Findings and Recommended Disposition by an order entered contemporaneously with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Respondent on all of Petitioner's claims, which are hereby dismissed with prejudice.

UNITED STATES DISTRICT JUDGE