IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW SANTILLANES

    Petitioner,

v.

    Civ. 97-549 LH/LFG

TIM LeMASTER, Warden,

    Respondent.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Petitioner hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment filed in this cause on April 18, 2000, and entered on the docket on April 18, 2000.

Dated: May 16, 2000.

Respectfully submitted,

I hereby certify that a true copy of the foregoing was mailed to Assistant Attorney General Patricia Gandert on 5/16/00.

_____
Attorney for Defendant

FEDERAL PUBLIC DEFENDER
111 Lomas, NW, Suite 501
Albuquerque, New Mexico 87102
(505) 346-2489

_____
ROGER A. FINZEL