IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANDREW MICHAEL SANTILLANES,**

   Plaintiff/Petitioner/Appellant,

vs.

                            Civil 97-549 LH/LFG

**TIM LEMASTER, WARDEN, ET AL.,**

   Defendant/Respondent/Appellee.

## ORDER

Petitioner having filed a Notice of Appeal from the Order and Judgment dismissing Petition for Writ of Habeas Corpus, and the Court finding no substantial issue of law for review as set forth in the Magistrate's Proposed Findings and Recommended Disposition which were adopted by this Court, now therefore,

   IT IS ORDERED that no Certificate of Appealability be issued.

_____
UNITED STATES DISTRICT JUDGE

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 24 2000

_____
CLERK