**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Jane B. Howell
Chief Deputy Clerk

October 5, 2001

Honorable David M. Ebel, Circuit Judge
Honorable John C. Porfilio, Circuit Judge
Honorable Carlos F. Lucero, Circuit Judge

    Re:    00-2172, Santillanes v. LeMaster
              Dist/Ag docket:  CIV-97-549-LH/LFG

Dear Judges:

    We have received notice that the petition for writ of certiorari filed in this case was denied on October 1, 2001.

                                       Sincerely,

                                       PATRICK FISHER
                                       Clerk

                              By:
                                   Deputy Clerk

PF:jal

cc:    Honorable C. LeRoy Hansen, District Judge
       Robert M. March, Clerk