**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Jane B. Howell
Chief Deputy Clerk

July 31, 2001

Honorable David M. Ebel, Circuit Judge
Honorable John C. Porfilio, Circuit Judge
Honorable Carlos F. Lucero, Circuit Judge

Re:   00-2172, Santillanes v. LeMaster
      Dist/Ag docket: CIV-97-549-LH/LFG

Dear Judges:

The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in this case on July 23, 2001 and assigned Supreme Court No. 01-5491.

Sincerely,

PATRICK FISHER
Clerk

By: [signature]
Deputy Clerk

PF:afw

cc:   Honorable C. LeRoy Hansen, District Judge
      Robert M. March, Clerk