# memorandum

DATE: April 21,1997

FROM: **PRO SE SECTION**

TO:    **INTAKE SECTION**

Please assign a case number and judges to the attached pleadings, forward to the appropriate docket clerk for opening on the ICMS system and **return case file and this memo to the Pro Se Section** for further processing.  **Thank you.**

PRO SE SECTION NOTES (if any):

------------------------------------------------------------------

**CASE NAME ASSIGNED: Santillanes, Andrew vs USA**

**DATE RECEIVED AND REFERRED FOR OPENING:** 4/21/97 & 4/21/97

**TYPE OF CASE RECOMMENDED:** 2254

**NATURE OF SUIT FOR THIS CASE:** 530

**FILING FEE STATUS:    fp**

**FILING DATE:**

**DATE IFP REFERRED FOR RULING:**

**DATE IFP FILED:**

**DATE FILE REFERRED FOR 1915(d) REVIEW:**

**DATE CASE REFERRED FOR SERVICE:**

**DATE OF ANSWER:**

**IF NO SERVICE, OTHER ACTION TAKEN AND DATE e.g. DEFECT LETTER, SUMMARY DISMISSAL:**