# UNITED STATES DISTRICT COURT
500 Gold Avenue, S.W. - P. O. Box 1549
Albuquerque, New Mexico 87103

**DON J. SVET**
Magistrate Judge

505-248-8037
FAX: 248-8105

August 13, 1997

Andrew Michael Santillanes
New Mexico State Penitentiary
P.O. Box 1059
Santa Fe, NM 87504-1059

Patricia A. Gandert, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

      Re:   Santillanes v. LeMaster
             Civ. No. 97-0549 LH/DJS

Dear Counsel:

The findings and recommendations of the Magistrate Judge are enclosed.

For your information, 28 U.S.C. 636(b)(1) provides, "Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."

Furthermore, one of the consequences of a failure to object is a waiver of the right to appeal from a judgment of the district court based upon the enclosed findings and recommendations.

                                       DON J. SVET
                                       UNITED STATES MAGISTRATE JUDGE

                                         By: _____
                                            Law Clerk

cc:  Court File