

# Attorney General of New Mexico

PO Drawer 1508
Santa Fe, New Mexico 87504-1508

505/827-6000
Fax 505/827-5826

**TOM UDALL**
Attorney General

**MANUEL TIJERINA**
Deputy Attorney General

## STATE COURT RECORD TRANSMITTAL

**DATE:** November 20, 1997
**TO:** Mr. Robert M. March, Clerk
United States District Court
P. O. Box 689
Albuquerque, NM 87102
**RE:** <u>Andrew Santillanes v. Tim LeMaster, Warden</u>
CV 97-549 LH/DJS

*RECEIVED At Albuquerque NM NOV 21 1997 ROBERT M. MARCH CLERK*

---

The following are enclosed with regard to the above-referenced case pursuant to an Order of the United States Magistrate Judge Svet.

<u>2d Judicial District Court; Bernalillo County; Cause No. CR 39227</u>

- 1 volume: Record Proper
- 27 tapes:
  - 1/25/85 - 2 tapes    3/11/85 - 1 tape    4/4/85 - 1 tape
  - 4/19/85 - 1 tape    5/17/85 - 2 tapes    5/20/85 - 1 tape
  - 5/31/85 - 2 tapes    7/9/85 - 7 tapes    7/10/85 - 7 tapes
  - 7/11/85 - 2 tapes    9/26/85 - 1 tape
- 1 volume: Tape Logs
- 2 Affidavits as to the state of the record of Deputy Court Clerks of the District Court

Please file these items of record. Thank you for your assistance in this matter.

Sincerely,

*Patricia Gandert*

PATRICIA A. GANDERT
Assistant Attorney General

cc:   Federal Public Defender's Offices

```
 [docket  ]                    CIVIL/CRIMINAL                        [vdkttext]
4. Queries                       Docketing


Docket #   : 1:97-cv-549                              INMATE
Short Title: Santillanes      v. LeMaster                            R/D
Type: cv   hc    Judge: Hansen           Magistrate: Svet
-------------------------------------------------------------------------------



Filed        Entry Date   Last Update      History ID      Docketed by
11/21/97     11/21/97     **/**/**          885277             ild
       +-----------------------------------------------------------------+
        RECORD PROPER RECEIVED from the NM Attorney General
        consisting of 1 record proper (CR 39227 - Second Judicial
        District Court - Bernalillo County) 1 tape log, 2 affidavits
        of deputy court clerks as to the state of the record and 27
        transcription tapes
       +viewing docket text----------------------------------------------+
Transaction: hc rec pro/ -/ - - -

 Command mode (? for commands)
TNVT220 - Novell, Inc.      156.129.8.225          (1)      Rep   14:27           N
```