RECORD ON APPEAL

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

USCA # 00-2172

ANDREW MICHAEL SANTILLANES,

Plaintiff/Appellant,

v.            Civ-97-549

TIM LEMASTER, WARDEN,

Defendant/Appellee.

FILED
United States Court of Appeals
Tenth Circuit

OCT 23 2000

PATRICK FISHER
Clerk

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Volume I Pleadings

APPEAL RECORD TRANSMITTED TO COURT
OF APPEALS ON 5/24/00.

RECORD ON APPEAL

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

**FILED**
United States Court of Appeals
Tenth Circuit

OCT 23 2000

PATRICK FISHER
Clerk

USCA # 00-2172

ANDREW MICHAEL SANTILLANES,

      Plaintiff/Appellant,

v.                                    Civ-97-549

TIM LEMASTER, WARDEN,

      Defendant/Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

Volume II Transcript of Proceedings 4/6/99

APPEAL RECORD TRANSMITTED TO COURT
OF APPEALS ON 5/24/00.

RECORD ON APPEAL

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

**FILED**
United States Court of Appeals
Tenth Circuit

OCT 23 2000

**PATRICK FISHER**
Clerk

USCA # 00-2172

ANDREW MICHAEL SANTILLANES,

    Plaintiff/Appellant,

v.                              Civ-97-549

TIM LEMASTER, WARDEN,

    Defendant/Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

Volume III Transcript of Proceedings 5/5/98

APPEAL RECORD TRANSMITTED TO COURT
OF APPEALS ON 5/24/00.

RECORD ON APPEAL

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

**FILED**
United States Court of Appeals
Tenth Circuit

OCT 23 2000

**PATRICK FISHER**
Clerk

USCA # 00-2172

ANDREW MICHAEL SANTILLANES,

Plaintiff/Appellant,

v.                                                      Civ-97-549

TIM LEMASTER, ET AL.,

Defendant/Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

Volume IV Pleadings   State Court Record Proper

APPEAL RECORD TRANSMITTED TO COURT
OF APPEALS ON 10/18/00.