To Clerk,
      Enclosed is Federal Habeas Corpus, forma pauperis, attachment's and Certiorari that was filed and then refused to time limit's, but this is not the real reason. The writ was filed on 3-19-97 and meet the 30 day time limit. The writ was also filed as you will see enclosed. The writ complained of judges past experience of sentencing people with no evidence and judge Woody Smiths' past convictions and adjudications proves this theory.

This is the first time the petitioner has had someone to file correctly for him and the state of New Mexico is exhausted. I ask this Honorable Court to read attached supplemental and see this miscarriage of justice that was carried out, instead of a trial by jury; and correct this mstake of life imprisonment for a crime that petitioner did not carry out, nor participate in.

I thank you for your time and hope for a reply.

PETITIONER:

Andrew Santillanes

PO 1059 #33948

Santa Fe, NM 87504

S/ Andrew Santillanes

DATE: 4-10-97

Sincerely,

Brian Forisso, Pro Se

PO 1059

Santa Fe, NM 87504

S/ B. C.