**Certified Mail Receipt** — P 900 620 162

No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

| Sent to | TOM UDALL, NM ATTY GENER... |
|---|---|
| Street & No. | PO DRAWER 1508 |
| P.O., State & ZIP Code | SANTA FE, NM 87504 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Address of Delivery | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, June 1990

**Certified Mail Receipt** — P 900 620 187

No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

| Sent to | TIM LEMASTER c/o DON CAVINES |
|---|---|
| Street & No. | PO BOX 1059 |
| P.O., State & ZIP Code | SANTA FE, NM 87504 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Address of Delivery | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, June 1990